## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TIARA THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Case No. 1:25-cv-04596-ELR-JEM |

## NOTICE OF SETTLEMENT

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Equifax therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

320426517v.1

DATED:  September 18, 2025            Respectfully submitted,

                                                SEYFARTH SHAW LLP

By: */s/ Eric Barton*
Eric Barton (GA Bar No. 040704)
ebarton@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Ste 2500
Atlanta, GA  30309
Telephone:  (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>TIARA THOMAS, *plaintiff pro se*
>1239 GREENWOOD LN
>RIVERDALE GA 30296-3211
>Email: t.thomas8242@gmail.com

>*/s/ Eric Barton*
>Eric Barton
>*Counsel for Defendant*
>*Equifax Information Services LLC*

320426517v.1